JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. C.,[1] | Case No. 5:24-cv-02334-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK,[2] Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Granting Commissioner's Request for Remand ("Order") filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is **REVERSED**, and the matter is **REMANDED** for further proceedings consistent with the Court's Order.

DATED: May 12, 2025

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Leland Dudek, the Commissioner of Social Security, is hereby substituted as the defendant.